**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHERYL CHASE AND RHODA CHASE | : | CIVIL ACTION NO. 3:04CV00588 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| EUGENE COHEN, ROSE COHEN, DESIGN CONCEPTS INTERNATIONAL, INC. d/b/a NEFF BY DESIGN CONCEPTS INTERNATIONAL, INC. and NEFF KITCHENS MFG LTD. | : | JULY 16, 2004 |
| Defendants. | : | |

**MOTION FOR DEFAULT FOR FAILURE TO PLEAD**
**AND MOTION FOR JUDGMENT BY DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiffs in the above-entitled matter hereby move the Court to enter a default for failure to plead against the defendants, in that the defendants removed the instant case from Hartford Superior Court on or about April 8, 2004, and to date no responsive pleading has been filed. Furthermore, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the plaintiffs respectfully move for the entry of judgment by default and request that the Court schedule an evidentiary hearing in regard to the amount of such judgment.

PLAINTIFFS,

By____________________________________
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

**CERTIFICATION**

This is to certify that on the 16th day of July, 2004, a copy of the foregoing was served upon:

Thomas J. Weihing, Esquire
Daly, Weihing & Bodell
1115 Main Street, Suite 710
Bridgeport, CT 06604

____________________________________
Richard P. Weinstein

CHASE\NEFF\DEFAULT PLEAD\LMV